IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMIR AKRAM KHAN and MOHAMMAD AKRAM KHAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF STATE, U.S. SECRETARY OF STATE, U.S. EMBASSY ANKARA, JOHN DOE(S) 1-10,<br><br>    Defendants. | CV 25-7-M-KLD<br><br>**ORDER** |

    Plaintiffs move for the admission of Ronen Sarraf to practice before this Court in this case with Christopher J. Flann to act as local counsel. Mr. Saraff's application appears to be in order.

    Accordingly, IT IS HEREBY ORDERED that Plaintiffs' motion to admit Ronen Sarraf pro hac vice (Doc. 3) is GRANTED on the condition that Mr. Sarraf shall do his own work. This means that Mr. Sarraf must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Local counsel may move for

the admission pro hac vice of one (1) associate of Mr. Sarraf's firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Sarraf.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Sarraf, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 10th day of January, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge